IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| DARNELL CLARK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 10, 2008, this matter was before the Court on the Petition for Offender Under Supervision (Filing No. 32). After considering the comments of the parties, the Court finds that the Petition for Offender Under Supervision should be granted. Accordingly,

IT IS ORDERED:

1) The Petition for Offender Under Supervision is granted.

2) Defendant is sentenced on allegations 1, 3 and 4.

3) Allegation 2 is dismissed on motion of the government.

4) Defendant be committed to the custody of the Bureau of Prisons for a term of 10 months with no supervised release to follow. Defendant shall surrender to the Office of the United States Marshal, Omaha, Nebraska, on or before 2 p.m. on Monday, January 5, 2009.

DATED this 10th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court